UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

LARS WINKELBAUER,
ABILASH KURIEN,
CARLTON LLEWELLYN,
ROBERT SCHIRMER,
SKYE XU,
BENJAMIN WEI,
   a/k/a "Ben Wei,"
ALVARO LOPEZ,
FABIOLA CINO,
ORLANDO WONG, and
PATRICK LAU,
   a/k/a "Pat Lau,"

                Defendants.

Case No. 23 Cr. 133

## NOTICE OF APPEARANCE

TO:    Clerk of the Court and All Parties of Record

PLEASE TAKE NOTICE that SCOTT D. TENLEY of Zweiback, Fiset & Zalduendo LLP, an attorney duly admitted to practice before this Court, hereby enters an appearance in this action as counsel for Defendant Skye Xu.

Dated: April 19, 2023

                ZWEIBECK, FISET & ZALDUENDO LLP

                By:   */s/ Scott D. Tenley*
                       Scott D. Tenley

                315 W. 9th Street, Suite 1200
                Los Angeles, California 90015
                Telephone: (213) 266-5170
                scott.tenley@zfzlaw.com