

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 28, 2024

*Application GRANTED. For the reasons set forth within, time is hereby excluded in the interests of justice from today, March 28, 2024, until October 28, 2024. The Clerk of Court is directed to terminate Doc. #233. SO ORDERED.*

*March 28, 2024*

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
United States District Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Skye Xu.*, 23 Cr. 133 (JMF)

Dear Judge Furman:

      In an Order dated March 28, 2024, the Court canceled the pretrial conference previously scheduled in the above-captioned action for April 2, 2024 and directed the parties to confer with respect to whether time should be excluded under the Speedy Trial Act between a ruling on the pending motion to dismiss filed by the defendant and the trial date of October 28, 2024. The Government has conferred with counsel for the defendant and understands that the defendant consents to the exclusion of time between the date of the Court's decision on the pending motion and the trial date. Accordingly, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) between the date any decision on the pending motion to dismiss is issued and October 28, 2024, to permit the defendant to continue his review of discovery materials and to prepare for trial in this matter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Katherine C. Reilly
Danielle Kudla
Kevin Mead
Qais Ghafary
Assistant United States Attorneys
(212) 637-6521/2304/2211/2534

cc:   Defense Counsel (by ECF)