

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 13, 2024

**BY ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: *United States v. Skye Xu*, 23 Cr. 133 (JMF)

Dear Judge Furman:

  The Government respectfully requests a page-limit extension for the Government's memorandum of law in support of its motions *in limine* to 35 pages, to which the defendant consents so long as the Government does not object to a reciprocal extension for the defendant. While the parties have conferred on September 9, 2024, and September 13, 2024, in an effort to streamline the issues before the Court, the Government anticipates that its memorandum may exceed 25 pages. The Government has no objection to a reciprocal page-limit extension for the defendant.

          Respectfully submitted,

          DAMIAN WILLIAMS
          United States Attorney

    by:  /s/
      Danielle Kudla
      Qais Ghafary
      Jerry Fang
      Assistant United States Attorneys
      Southern District of New York
      (212) 637-2304/ 2534/ 2584

Cc: Counsel of Record (by ECF)

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 328.

SO ORDERED.

*[signature]*

September 16, 2024