October 10, 2024

**VIA CM/ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
Courtroom 1105
40 Foley Square
New York, NY 10007

Application GRANTED, except that Defendant shall file the reply no later than **noon** on **October 15, 2024**. The Clerk of Court is directed to terminate Doc. #390.

SO ORDERED.

October 11, 2024

Re:   *United States v. Skye Xu*, No. 1:23-cr-00133-JMF-5

Dear Judge Furman:

We write respectfully to request that the Court grant Defendant Skye Xu ("Mr. Xu") leave to file a combined Reply Memorandum of Law in support of his (i) Motion to Compel Discovery and (ii) Motion to Continue Trial, in response to the combined Memorandum of Law in opposition thereto filed by the Government.

Mr. Xu filed his Motion to Compel Discovery on October 3, 2024 (ECF No. 377) and his Motion to Continue Trial on October 4, 2024 (ECF No. 379). The Court ordered the Government to file a combined Opposition Memorandum to both Motions by October 10 (ECF No. 382), and it did so (ECF No. 388).

Mr. Xu respectfully requests leave to file a single, 10-page combined Reply Memorandum of Law in response to the Government's Opposition.

If granted such leave, Mr. Xu will file his Reply Memorandum by no later than Wednesday, October 16, 2024.

Best regards,

/s/

Michael Zweiback
*Attorney for Defendant Skye Xu*