October 19, 2024

**VIA CM/ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
Courtroom 1105
40 Foley Square
New York, NY 10007

Re:    *United States v. Skye Xu*, 23-cr-00133-JMF

Dear Judge Furman:

Defendant Skye Xu ("Mr. Xu") respectfully writes to formally notify the Court and the United States Attorney's Office that Mr. Xu intends to enter a guilty plea to Counts 1 through 4 of the Indictment. Mr. Xu respectfully requests a change of plea hearing be set at the earliest convenient date and time for the Court and the parties.

Best regards,

*/s/*

Michael Zweiback
*Attorney for Defendant Skye Xu*