October 20, 2024

**VIA CM/ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
Courtroom 1105
40 Foley Square
New York, NY 10007

    Re:    *United States v. Skye Xu*, 23-cr-00133-JMF

Dear Judge Furman:

    Defendant Skye Xu ("Mr. Xu") is in receipt of the Court's order at ECF No. 409, setting a change of plea hearing for tomorrow, October 21, 2024, at 10 a.m. Counsel for Mr. Xu respectfully writes to request that the change of plea hearing be reset to October 22, 2024. Mr. Xu and his counsel reside in Southern California. They are currently departing to New York on October 21, 2024, on flights already booked and paid for, and able to appear before the Court on October 22, 2024.

    Additionally, lead counsel for Mr. Xu, Michael Zweiback, has a court appearance on October 21, 2024 at 8:00 a.m. in Los Angeles Superior Court, which conflicts with the currently set change of plea hearing in this matter.

                                      Best regards,

                                      /s/

                                  Lillian Chu
                                *Attorney for Defendant Skye Xu*