UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
     :
UNITED STATES OF AMERICA,     :
     :
    -v-     :    23-CR-133-5 (JMF)
     :
SKYE XU,     :    <u>ORDER</u>
     :
    Defendants.     :
     :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     As noted on the record during the teleconference held earlier today, Defendant's motion for modification of his bail conditions to permit him to travel to China from December 26, 2024, to January 10, 2025, *see* ECF No. 438, is GRANTED, subject to the following conditions: (1) He shall surrender to Pretrial Services the passports of all three of his minor children, to be returned to him upon the surrender of his passport after his return; (2) he shall surrender his passport to Pretrial Services within 24 hours of his return to Los Angeles and, in no event, later than January 12, 2025; and (3) he shall provide a detailed itinerary to Pretrial Services. Pretrial Services should return Defendant's passport to him only upon satisfaction of conditions (1) and (3).

     SO ORDERED.

Dated: December 19, 2024
     New York, New York
                                         JESSE M. FURMAN
                                         United States District Judge