**Zweiback Fiset & Zalduendo** LLP

March 12, 2025

**VIA CM/ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
Courtroom 1105
40 Foley Square
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #479.

SO ORDERED.

March 13, 2025

Re:    *United States v. Skye Xu*, 23-cr-00133-JMF

Dear Judge Furman:

Through his counsel, defendant Skye Xu respectfully requests the Court grant permission for the filing of an oversized sentencing brief as part of Mr. Xu's sentencing submission. According to the Court's "Individual Rules and Practices in Criminal Cases," sentencing submissions are limited to 25 pages.

Despite their best attempts, counsel for Mr. Xu believes they are unable to meet the 25-page limit due to the complexity of this sentencing and its issues. As the Court is aware, Mr. Xu did not enter into a plea agreement with the government, leaving issues disputed that were resolved by agreement for the other defendants who have been sentenced. Additionally, both the government and Mr. Xu have raised a number of objections to the PSR. ECF No. 451 at 49-54.

Mr. Xu hereby requests a that the Court permit the filing of an oversized sentencing brief of approximately 30 pages, which is five pages over the Court's limit.

Best regards,

/s/

Lillian Chu
Zweiback Fiset & Zalduendo, LLP
*Attorney for Defendant Skye Xu*