

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 18, 2025

**BY ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Skye Xu*, 23 Cr. 133 (JMF)

Dear Judge Furman:

    The Government respectfully writes in connection with defendant Skye Xu's sentencing, which is currently scheduled for April 10, 2025. The Government, with consent of defense counsel, respectfully requests a one-week adjournment of its deadline to file its sentencing submission to March 26, 2025. The Government is requesting this adjournment due to the need to consult further internally to finalize its position on certain issues raised in the defendant's sentencing submission. The Government also respectfully requests a reciprocal page-limit extension to 30 pages for its sentencing submission, which the Court granted as to the defense sentencing submission (Dkt. 482) and which the defendant does not oppose.

                          Respectfully submitted,

                          MATTHEW PODOLSKY
                          Acting United States Attorney

    by:        /s/
              Danielle Kudla / Qais Ghafary / Jerry Fang
              Assistant United States Attorneys
              Southern District of New York
              (212) 637-2304/ 2534/ 2584

Cc: Counsel of Record (by ECF)

As sentencing has been adjourned to April 10, 2025, see Doc. #487, the Government's submission is now due April 3, 2025. The Government is granted an extension to 30 pages for its submission. The Clerk of Court is directed to terminate Doc. #488. SO ORDERED.

*[signature]*

March 19, 2025