**Zweiback Fiset & Zalduendo** LLP

March 19, 2025

**VIA CM/ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
Courtroom 1105
40 Foley Square
New York, NY 10007

> Application GRANTED. Sentencing is hereby ADJOURNED to **May 15, 2025 at 10:00 a.m.** The Government's sentencing submission shall be filed two weeks in advance of the date set for sentencing. The defendant's reply shall be filed one week in advance of the date set for sentencing. The Clerk of Court is directed to terminate Doc. #490.
>
> SO ORDERED.
>
> March 21, 2025

Re:   *United States v. Skye Xu*, 23-cr-00133-JMF

Dear Judge Furman:

    Through his counsel, defendant Skye Xu respectfully requests that the Court continue his sentencing hearing from April 10, 2025, to April 17, 2025. Counsel has a conflict with the recently set April 10, 2025 date. I contacted the government on Monday, March 17, 2025 regarding this request and the government informed me that it does not oppose this request and is available to attend a hearing on April 17, 2025.

    Given the complexity of the case and that there is no plea agreement, Mr. Xu requests the Court grant him permission to file a reply brief no later than April 10, 2025. If upon reviewing the government's sentencing submission Mr. Xu determines that a reply brief is not necessary, Mr. Xu will inform the Court via a letter, filed no later than April 10, 2025. On March, 18, 2025, I contacted the government regarding this request and the government informed me that it does not take a position on this request.

    For the reasons discussed above, Mr. Xu requests the Court order that: (1) his April 10, 2025 sentencing is adjourned to April 17, 2025, at a time convenient to the Court, or to another date thereafter that is convenient to the Court; and (2) Mr. Xu is granted permission to file a reply brief no later than April 10, 2025.

                        Best regards,

                          /s/

                        Lillian Chu
                        Zweiback Fiset & Zalduendo, LLP
                        *Attorney for Defendant Skye Xu*