# Lillian Chu
## Attorney at Law

**633 West Fifth Street, Suite 5800**　　　　　　　　　　　　　　　　**(213) 808-7450**
**Los Angeles, California 90071**　　　　　　　　　　　　　　　**lillian@fortalaw.com**

___

July 17, 2025

**VIA CM/ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
Courtroom 1105
40 Foley Square
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #518.

SO ORDERED.

July 17, 2025

　　　　　　*Re:*　　*United States v. Skye Xu*, 23-cr-00133-JMF

Dear Judge Furman:

　　Through his counsel, defendant Skye Xu respectfully requests a modification of his conditions of release to allow for out-of-district, international travel from August 5 through August 30, 2025, to visit his elderly parents. Due to age and health, Mr. Xu's parents cannot travel to the United States to see Mr. Xu. With the Court's permission, Mr. Xu has visited his parents prior to sentencing and complied with all conditions set by the Court. Mr. Xu is their only son and has a strong bond with them. Mr. Xu would like to spend more time with them before sentencing.

　　Mr. Xu specifically requests the Court order that: (1) Mr. Xu is permitted international travel from August 5 through August 30, 2025, to the city of Zhenjiang in the Jiansu Province in China; (2) Mr. Xu's passport be returned to him prior to his travel, in exchange for the passports of his three children, to be held with the Pretrial Office during Mr. Xu's travel; (3) Mr. Xu surrender his passport to the pretrial office before the close of the next business day after his return to Los Angeles, and his children's passports be returned upon receipt of his passport; and (4) Mr. Xu provide his itinerary to the pretrial office for approval prior to travel. **The government does not object to this travel request.**[1]

---

[1] Defense counsel conferred with AUSA Jerry Fang by email on July 16, 2025. He stated that the government has no objection to Mr. Xu's travel request on these conditions

Mr. Xu has been on pretrial supervision since his initial appearance in the Central District of California on April 18, 2023, where bond was set for him. Mr. Xu's current conditions include, among other things: (1) surety affidavits signed by his wife Katie Cun and father Layuan Xu for the total amount of $250,000; (2) travel restricted to the Central District of California and the Southern and Eastern Districts of New York; and (3) surrender of his passport. ECF Nos. 53, 125.

The Court has previously approved international travel for Mr. Xu subject to the following conditions: (1) that Mr. Xu surrender to Pretrial Services the passports of all three of his minor children, to be returned on to him upon the surrender of his passport after his return; (2) that he surrender his passport within 24 hours of his return to Los Angeles;[2] and (3) that he provide a detailed itinerary to Pretrial Services. ECF Nos. 441, 444. Mr. Xu makes his current request with the same conditions.

Mr. Xu's past conduct supports this request. Mr. Xu complied with the conditions set by the Court in connection with his past international travel requests. Indeed, since his release on bond in April 2023, Mr. Xu has been compliant with his conditions and made all court appearances, including his sentencing in May 2025. Additionally, Mr. Xu was in China when he found out about the indictment in this case and a warrant for his arrest. Mr. Xu promptly arranged travel back home to Los Angeles and surrendered to authorities for this case.

To the extent that the Court has concerns about this request, the condition that Mr. Xu's three children surrender their passport should mitigate against any flight risk. As with his prior requests, Mr. Xu will surrender his children's passports and they will only be returned after he surrenders his passport back to the pretrial office in the Central District of California. As the Court is aware, Mr. Xu has deep community ties in the Central District of California. ECF No. 441. Mr. Xu resides there with his wife, a surety for his bond, and three minor children, all of whom hail from and live in the Central District of California. Mr. Xu's wife and minor children are reliant on Mr. Xu for financial support. In addition to his family, Mr. Xu's companies and over 100 hundred employees rely on Mr. Xu, a responsibility that Mr. Xu takes seriously. It is also worth noting that Mr. Xu gave up his Chinese citizenship to live, work, raise his family, and even militarily defend the United States. These deep community ties support Mr. Xu's request for a short period of international travel to see his aged parents.

Additionally, although Mr. Xu has been sentenced in this case, he has been sentenced to a period of 24 months imprisonment. While this is a significant sentence, it is not a particularly prolonged period of custody and Mr. Xu can, and intends to, recover from his mistakes after serving his sentence. Mr. Xu has already been making plans for his company and family to deal with his time in custody, demonstrating his intent to complete his time. Mr. Xu has also been submitting information to the USAO as part of financial disclosures in connection with the ordered restitution and forfeiture. Mr. Xu is an example of someone who has taken his sentence seriously and is putting every effort into compliance and rehabilitation.

---

[2] Note that in the current request, because Mr. Xu would return on a weekend, we are requesting that Mr. Xu be permitted to return his passport before the close of the next business day after his return. The government has informed defense counsel that it has no objection to this modification.

For these reasons, Mr. Xu requests that the Court modify his conditions of release as discussed above.

Best regards,

/s/

Lillian Chu
Law Office of Lillian Chu
*Attorney for Defendant Skye Xu*