

Lillian Chu

lillian@fortalaw.com

633 West 5th Street, Suite 5800

Los Angeles, CA 90071

213-808-7450 | fortlaw.com

October 28, 2025

*Application GRANTED. The Clerk of Court is directed to terminate Doc. #561.*

*SO ORDERED.*

*October 29, 2025*

**VIA E-MAIL**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York, 10007

    Re:    *United States v. Skye Xu*
                1:23-cr-00133-JMF-5

Dear Judge Furman:

     We write to request the return of defendant Skye Xu's passport, which was surrendered as part of his pretrial release conditions. Mr. Xu was sentenced on May 15, 2025. Mr. Xu has since surrendered to the custody of the Bureau of Prisons. Pursuant to Pretrial Services' policies and procedures, an order of the Court is required directing Pretrial Services to release the passport before it can be returned to Mr. Xu's family. Accordingly, we respectfully request that the Court issue an order directing Pretrial Services to release Mr. Xu's passport and allow his family to pick it up from Pretrial Services' Los Angeles Office.

     The Assistant United States Attorney handling this matter has informed us that the Government has no objection to this request.

Best Regards,

**Lillian Chu**
Counsel for Skye Xu